IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WESLEY K. THOMPSON and
SHARON THOMPSON,**

    **Plaintiffs,**

**V.**           **CIVIL ACTION NO. 3:23-cv-00779
HONORABLE ROBERT C. CHAMBERS**

**THE QUIKRETE COMPANIES, LLC d/b/a
QUIKRETE and CARLOS J. GAUNTLETT,**

    **Defendants.**

## NOTICE OF SETTLEMENT

NOW COME Plaintiffs, Wesley K. Thompson and Sharon Thompson, by counsel, Stephen B. Farmer, R. Chad Duffield, and Farmer Cline & Campbell, PLLC, and come the Defendants, The Quikrete Companies, LLC d/b/a Quikrete and Carlos J. Gauntlett, Colton C. Parsons, S. Caleb Davis and Steptoe & Johnson PLLC, and hereby notify the Court that all matters in controversy between and among the parties have been fully settled and compromised.

The parties will submit an appropriate dismissal order to the Court upon completion of the settlement documents.

        **WESLEY K. THOMPSON and
SHARON THOMPSON**

        **PLAINTIFFS,**

        **By Counsel:**

/ss/ *R. Chad Duffield*
STEPHEN B. FARMER (W. Va. State No. 1165)
R. CHAD DUFFIELD (W. Va. State Bar No. 9583)
FARMER, CLINE & CAMPBELL, PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, West Virginia 25338
Telephone: 304-346-5990
Facsimile: 304-346-5980

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**WESLEY K. THOMPSON and**
**SHARON THOMPSON,**

    **Plaintiffs,**

**V.**                                      **CIVIL ACTION NO. 3:23-cv-00779**
                                             **HONORABLE ROBERT C. CHAMBERS**

**THE QUIKRETE COMPANIES, LLC d/b/a**
**QUIKRETE and CARLOS J. GAUNTLETT,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2025, I presented the foregoing "**Notice of Settlement**" to the Clerk of Court for filing and uploading to the CM/ECF system and I hereby certify that I have served the following CM/ECF participants:

        Colton C. Parsons, Esq.
        S. Caleb Davis, Esq.
        Steptoe & Johnson PLLC
        707 Virginia Street East, 17th Floor
        Post Office Box 1588
        Charleston, WV 25326-1588
            *Counsel for Defendants*

                                    /ss/ *R. Chad Duffield*
                                    R. CHAD DUFFIELD
                                    (W.Va. State Bar No. 9583)