IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

WESLEY K. THOMPSON and
SHARON THOMPSON,

    Plaintiffs,

V.                                        CIVIL ACTION NO. 3:23-cv-00779
                                          HONORABLE ROBERT C. CHAMBERS

THE QUIKRETE COMPANIES, LLC d/b/a
QUIKRETE and CARLOS J. GAUNTLETT,

    Defendants.

## AGREED DISMISSAL ORDER

This Court has been advised that the above-styled civil action has been compromised and settled such that the Plaintiffs have agreed to dismiss the claims asserted against the Defendants in this civil action. The parties are jointly requesting that this civil action be dismissed, with prejudice. Each party has agreed to bear responsibility for their own attorneys' fees and costs associated with the litigation.

With the parties in agreement, it is hereby **ORDERED** that this civil action be **DISMISSED WITH PREJUDICE** and retired from the docket of the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

ENTER: _April 10_, 2025.

                                                             Honorable Robert C. Chambers

**Order Prepared and Presented by:**

/ss/ R. Chad Duffield
STEPHEN B. FARMER (WVSB No. 1165)
R. CHAD DUFFIELD (WVSB No. 9583)
FARMER, CLINE & CAMPBELL, PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, West Virginia 25338
Telephone: 304-346-5990
Facsimile: 304-346-5980

    *Counsel for Plaintiffs*


/ss/Colton C. Parsons
COLTON C. PARSONS (WVSB No. 13243)
S. CALEB DAVIS (WVSB No. 13833)
STEPTOE & JOHNSON PLLC
707 Virginia Street East, 17th Floor
Post Office Box 1588
Charleston, WV 25326-1588
Telephone: 304-353-8000
Facsimile: 304-933-8704

    *Counsel for Defendants*